This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CHRISTINA M. SMALLWOOD,**

Petitioner-Appellee,

**v.**                                      **No. A-1-CA-37266**

**JESSE P. SOSA,**

Respondent-Appellee,

**and**

**STATE OF NEW MEXICO ex rel.,
HUMAN SERVICES DEPARTMENT,**

Intervenor,

**and**

**CORINA SIFUENTES-BARRON,**

Intervenor-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY
Conrad Frederick Perea, District Judge**

Kelly O'Connell Law Office
Kelly S. O'Connell
Las Cruces, NM

for Appellee Smallwood

Jesse Sosa
Santa Fe, NM

Pro Se Appellee
Sheila Lewis
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary reversal has been filed and the time for doing so has expired.

{2}     **REVERSED.**

{3}     **IT IS SO ORDERED.**

                    _____

                    **MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**J. MILES HANISEE, Judge**

_____

**EMIL J. KIEHNE, Judge**